**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 26 EAL 2023
:
           Respondent :
: Petition for Allowance of Appeal
: from the Order of the Superior Court
      v. :
:
:
ROBERT MERK, :
:
           Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of June, 2023, the Petition for Allowance of Appeal is **DENIED**.